UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**JS-6**

| Case No. | 2:25-cv-07946-MRA-MAA | Date | September 16, 2025 |
|---|---|---|---|
| Title | *Mateo Juan Andres Salvador v. Pamela Jo Bondi, et al.* | | |

Present: The Honorable  MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING THIS CASE AS MOOT

On August 22, 2025, Petitioner Mateo Juan Andres Salvador ("Petitioner" or "Andres Salvador") filed a Petition for Writ of Habeas Corpus against Respondents, challenging his detention in the custody of Immigration and Customs Enforcement ("ICE"). ECF 1. On August 25, 2025, Petitioner filed an Ex Parte Application for a Temporary Restraining Order (the "TRO Application"). ECF 8. The Petition and TRO Application sought an order enjoining Respondents from continuing to detain Petitioner absent an individualized bond hearing before an immigration judge ("IJ") pursuant to 8 U.S.C. § 1226(a). *See* ECF 1, 8.

On September 2, 2025, the Court granted in part the TRO Application, ordering that Respondents provide Petitioner with an individualized bond hearing before an IJ within 10 days of the date of the Order. ECF 12. The Court further ordered Respondents to show cause on September 15, 2025, why a preliminary injunction should not issue. *Id.* On September 12, 2025, after the parties indicated that Petitioner was pending release from custody, the Court vacated the hearing on the order to show cause and ordered the parties to file a joint status report, confirming that Petitioner had been released from custody and showing cause why this action should not be dismissed as moot. ECF 13. In the Status Report, the parties state that on September 10, 2025, the IJ granted Petitioner's release on bond, and Petitioner was subsequently released from the Adelanto ICE Processing Center on September 12, 2025. ECF 14 at 2, Ex. A. The parties agree that the Petition is now moot as Petitioner is no longer in custody. *Id.* at 2.

Accordingly, this action is **DISMISSED** as moot.

                                                                                    -    :    -

                                                    Initials of Deputy Clerk        mku